

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00191-CV

LOIS J. BLANTON, Appellant

v.

RED DESERT ENTERPRISES, LLC AND
CHERYL MILES, Appellees

§ On Appeal from the 48th District Court

§ of Tarrant County (048-319980-20)

§ May 2, 2024

§ Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order granting Appellees Red Desert Enterprises, LLC and Cheryl Miles's plea to the jurisdiction. It is ordered that the trial court's order is affirmed in part and reversed in part. We affirm that portion of the trial court's order granting the plea to the jurisdiction as to Appellant Lois J. Blanton's adverse possession claim. We reverse that portion of the trial court's order granting the plea to the jurisdiction as to Blanton's conversion claim and remand this case to the trial court for further proceedings consistent with our opinion.

It is further ordered that each party shall bear their own costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
     Justice Dana Womack